AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>David J. Silva<br><br>*Defendant* | ) Case No. 13cr10118<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   David J. Silva                                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g)(1)--felon in possession of a firearm

Date: April 23, 2013

City and state: Boston, MA

*Issuing officer's signature*: Marianne B. Bowler, USMJ

*Printed name and title*: MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                                                                *Arresting officer's signature*

                                                                                                *Printed name and title*