9705864

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

District of Massachusetts

FILED
BOSTON, MA

2013 APR 26  P 4: 25

MARSHAL SERVICE
BOSTON, MA
2013 APR 23  P 2: 55

| United States of America | )  |
|---|---|
| v. | ) Case No. 13cr 10118 DJC |
| David J. Silva | ) JGD |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

### ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    David J. Silva                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. 922(g)(1)--felon in possession of a firearm

Date: April 23, 2013

Marianne B. Bowler, USMJ

*Issuing officer's signature*

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

City and state: Boston, MA

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

WARRANT EXECUTED BY ATF
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 4/25/2013

*Arresting officer's signature*

*Printed name and title*