UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) DOCKET NO. 13-CR-10118-DJC |
| | ) |
| DAVID LACOUTURE | ) |

## NOTICE OF APPEAL

Defendant David Silva hereby appeals his sentence to the United States Court of Appeals for the First Circuit. Judgment entered February 26, 2015.

        DAVID SILVA
        By His Attorney,

        */s/ Joshua Hanye*
        **Joshua Hanye**
        **BBO#661686**
        **Federal Defender Office**
        **51 Sleeper Street, 5th Floor**
        **Boston, MA 02210**
        **Tel: 617-223-8061**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 9, 2015.

        */s/ Joshua Hanye*
        Joshua Hanye