Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** David J. Silva                **Case Number:** 0101 1:13CR10118

**Name of Sentencing Judicial Officer:** Honorable Denise J. Casper, U.S. District Judge

**Date of Original Sentence:** February 24, 2015
**Date of Revocation Sentence**: January 22, 2018

**Original Offense:** FIREARMS - UNLAWFUL POSSESSION 18:13-7820.F

**Original Sentence:** 42 months of custody followed by 36 months of supervised release
**Revocation Sentence:** 1 year and one day to run concurrent with state sentence followed by 24 months of supervised release.

**Type of Supervision:** Term Of Supervised Release        **Date Supervision Commenced:** June 01, 2020

## PETITIONING THE COURT

[   ]   To extend the term of supervision for     years, for a total term of     years
[ x ]   To modify the conditions of supervision as follows:

## CAUSE

Mr. Silva was currently scheduled to release from the custody of the Bureau of Prisons on June 01, 2020. As of 11/12/2020, Mr. Silva is currently considered homeless. The U.S. Probation Office would like to continue his placement at a Residential Reentry Center for an additional three months or until such time he secures probation approved housing. Mr. Silva has agreed with this modification as indicated by the attached Probation Form 49.

Reviewed/Approved by:                                              Respectfully submitted,

*/s/ Basil F Cronin*                                                        */s/ Mona Lisa   Andrade*
Basil F Cronin                                                              by  Mona Lisa   Andrade
Supervisory U.S. Probation Officer                          U.S. Probation Officer
                                                                                         Date:          11/12/2020

| Prob 12B | - 2 - | **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender** |
|---|---|---|

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[XX] The Modification of Conditions as Noted Above
[ ] Other

*Denise J. Casper*
The Honorable Denise J. Casper
U.S District Judge

November 20, 2020
Date

PROB 49
(3/89)

# United States District Court

For the ___ District of ___ Massachusetts

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I, <u>David J. Silva</u>, <u>Dkt No 0101 1:13CR10118-001</u>, have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at a Residential Reentry Center (RRC) for up to six (3) months. While a resident of the Residential Re-Entry Center, the defendant will abide by all program rules and regulations.**

Witness ___/s/ Mona Lisa Andrade___          Signed ___[signature]___
        (U.S. Probation Officer)                      (Probationer or Supervised Releasee)

11.17.20

___Click here to enter a date.___
(Date)